```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL ACTION |
| v. | NO. 1:11-CR-0006-CAP-JFK |
| SANTIAGO VILLAUEVA PINEDA(1), | |
| RAMIRO ALVARADO GONZALEZ (2), | |
| JAMES TORRES (3), | |
| TARSICIO BRAVO-CARVAJAL (4), | |
| BERNALDO MOLINA-CARDENAS (5), | |
| JUVENTINO BAZA (7), | |
| PABLO GARCIA (8), | |
| JOSE CARLOS SOTO-PINEDA (10), | |
| ISAIAS MONDRAGON (12), | |
| NARCISO FLORES-ORTIZ (13), | |
| GREGORY EARL HARRISON (14), | |
| CHADWICK HUDSPETH (15), | |
| Defendants. | |

**O R D E R**

This action is before the court on the report and recommendation (R&R) of the magistrate judge [Doc. No. 383] recommending:

1. Narciso Flores-Ortiz's motion to suppress evidence [Doc. No. 196] be DENIED AS MOOT;

2. Santiago Villanueva Pineda's motions to suppress evidence and for disclosure of a confidential informant [Doc. Nos. 264, 265] be DENIED;

3. Juventino Baza's motions to suppress evidence and for disclosure of confidential informant [Doc. Nos. 201, 199] be

DENIED, and motion for severance [Doc. No. 198] be GRANTED IN PART and DENIED IN PART; and

4. Gregory Harrison's motions to suppress and for disclosure of a confidential informant [Doc. No. 272, 269] be DENIED.

The R&R was received without objection. After a review of the magistrate judge's thorough R&R, the court receives the R&R with approval and adopts it as the opinion and order of this court.

SO ORDERED, this <u>16th</u> day of July, 2012.

<u>/s/ Charles A. Pannell, Jr.</u>
CHARLES A. PANNELL, JR.
United States District Judge